## Sizgorich *v.* Deval Corporation, Appellant.

Argued September 15, 1969; reargument refused November 10, 1969. *Jacob S. Richman*, with him *Richman & Richman*, for appellant; *Jerrold V. Moss*, for appellee.

Judgment affirmed.